O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLONNIE M. W., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 24-01243-DDP(E) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment is entered in favor of Defendant.

///

1   IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this
2   Order, the Magistrate Judge's Report and Recommendation and the Judgment of
3   this date on Plaintiff, counsel for Plaintiff and counsel for Defendant.
4
5   DATED: May 22, 2025.
6
7
8   _____
9                       DEAN D. PREGERSON
                        UNITED STATES DISTRICT JUDGE

2