JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLONNIE M. W., | Case No. CV 24-1243-DDP(E) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant.

DATED: May 22, 2025.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE